

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

William W. Ruth and Medical Park Memorial Center, Inc.,

\* From the 35th District Court of Brown County, Trial Court No. CV2204097

Vs. No. 11-22-00356-CV

\* January 5, 2023

Joe Cooksey,

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against William W. Ruth and Medical Park Memorial Center, Inc.